## NO. CR1401047

| STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| VS. | § | AT LAW NUMBER 1 |
| | § | |
| SAM BUSBY | § | HUNT COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/25/2015 8:43:00 AM
DEBBIE AUTREY
Clerk

2015 JUN 24 AM 9: 05

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Sam Busby, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Sam Busby in the above referenced matter.

My Plea Deal was Not Followed And The DA Did Interfiene. I was Not Allowed To Take It Back Once Work Release was Not Granted It Is on The Record.

Respectfully submitted,

SAM BUSBY, PRO SE
3115 Oneal Street
Greenville, Texas 75401
Phone: 903-217-8618

By: _____
Sam Busby

## CERTIFICATE OF SERVICE

This is to certify that on June 13, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Hunt County, Texas, by hand delivery

_____
Sam Busby

1

Texas Rule of Appellate Procedure 25.2(a)(2).

NOTICE OF APPEAL-CRIMINAL FORM

NO. CR1401047

THE STATE OF TEXAS                              IN THE HUNT COUNTY

VS.                                             COURT OF LAW #1

SAM BUSBY                                       HUNT COUNTY, TEXAS

-----------------------------------------------------------------------------------------------

DATE NOTICE OF APPEAL FILED: JUNE 24, 2015

OFFENSE: HARASSMENT

GUILTY OR NOLO PLEA: NO              PLEA BARGAIN: NO

DATE OF SENTENCE (OR APPEALABLE ORDER): MAY 20, 2015

SENTENCE IMPOSED: MAY 20, 2015

DATE OF MOTION FOR NEW TRIAL, IF FILED:

NAME OF TRIAL COURT JUDGE: TIMOTHY S. LINDEN

NAME OF COURT REPORTER: CHER PERRY

NAME OF DEFENSE ATTORNEY ON APPEAL:

ADDRESS: 3115 O'NEAL STREET CITY, STATE, ZIP: GREENVILLE, TX. 75401

DEFENSE ATTORNEY ON APPEAL: _APPOINTED _ RETAINED X PRO SE

STATE ATTORNEY ON APPEAL: WILEY HOLOPETER

CUSTODY STATUS: IN CUSTODY

APPEAL BOND SET AT: N/A